A90A1591. ACME FENCE COMPANY v. DEPARTMENT OF TRANSPORTATION.
(397 SE2d 622)

BANKE, Presiding Judge.

This is an appeal from an order granting a motion to drop a party respondent in a condemnation proceeding which remains pending in the trial court. "Since the order appealed from is not a final judgment [cits.] and the interlocutory appeal procedure specified by [OCGA § 5-6-34 (b)] has not been followed, the appeal must be dismissed. [Cits.]" *Wallace v. Bledsoe*, 244 Ga. 674 (261 SE2d 399) (1979). See also *Atlanta Dev. Co. v. Peel & Sons*, 189 Ga. App. 453 (377 SE2d 552) (1988).

*Appeal dismissed. Birdsong and Cooper, JJ., concur.*

DECIDED OCTOBER 5, 1990.

*Clark & Smith, Dwight Bowen,* for appellant.
Eileen M. Witt, *pro se.*
*Michael J. Bowers, Attorney General, H. Perry Michael, First Assistant Attorney General, Harrison W. Kohler, Deputy Attorney General, Roland F. Matson, Senior Assistant Attorney General, Charles M. Richards, Assistant Attorney General,* for appellee.